

**Joseph & Norinsberg**

FIGHTING FOR EMPLOYEE JUSTICE

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

April 30, 2026

*__Via ECF__*
Hon. John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The request is granted. The May 8, 2026 conference is adjourned sine die. The parties shall file a stipulation of dismissal or a joint status letter by June 1, 2026. The Clerk of Court is respectfully directed to close Docket Number 16.*

*SO ORDERED.*
*Date: May 1, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re: Kramer v. Olive Tree People
26 CV 0058 (JPC)

Dear Judge Cronan:

We represent the Plaintiff in this matter. We write this letter with the consent of counsel for the Defendant.

The parties are working on a stipulation that will result in the dismissal of this matter. Consequently, we respectfully request that the conference in this matter scheduled for May 8, 2026 be adjourned.

This is the first request for an adjournment of this conference. There are no discovery deadlines in this case at the moment. We would request that the conference be adjourned to the first week in June to give the parties time to formulate the stipulation.

Thank you for your consideration of this request

Sincerely,
*/s/ Robert L. Schonfeld*
Robert L. Schonfeld, Esq.

Cc: L.Scott Karlin, Esq..